John D. North, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
jnorth@greenbaumlaw.com
99 Wood Avenue South
Iselin, NJ  08830-2712
(732) 549-5600
*Attorneys for Arkema Inc. (Improperly pled as Arkema, Inc.)*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN GIORDANO, JEANETTE GIORDANO, JAMES GIORDANO, and JESSICA GIORDANO; KEITH DALTON, and ANN AERTS; CORBY DEESE JR. and TAMMY O'LEARY; ARMANDO FERNANDEZ; EDWARD FRANKLIN, DANA FRANKLIN, and AUSTIN FRANKLIN; MICHAEL HARPER, SUSAN KOYE, JENNIFER HARPER, SAVANNAH HARPER, and ELIZABETH HARPER; HELEN KAROL; WESLEY KILLE, LESLIE MLLE, GAGE KILLE, LUCIA KILLE, and MALAYNA REISTLE; MICHAEL LANGE and ANDREW SOLARI; and JIM RAPISARDI; JUSTIN SCHALLER, JULIE SCHALLER, REBECCA SCHALLER, and JUSTIN SCHALLER JR., <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA INC.; E.I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE :3M COMPANY; and ABC CORPORATIONS #1-10, <br><br> Defendants. | Case No. 19-cv-21573-NLH-KMW <br><br> **CIVIL ACTION** <br><br> *Electronically Filed* |

1

**AMENDED RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT OF ARKEMA INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Arkema Inc. certifies as follows:

Arkema Inc. is a wholly owned subsidiary of Arkema Delaware Inc. There are no publicly held companies that own 10% or more of the stock of Arkema Inc. However, Arkema Inc. is indirectly owned by Arkema S.A., a French public company.

Dated: April 9, 2021 

Respectfully submitted,

By: /s/John D. North
    JOHN D. NORTH

| | |
|---|---|
| GREENBAUM, ROWE, SMITH <br>   & DAVIS, LLP <br> John D. North, Esq. <br> Jemi G. Lucey, Esq. <br> Marjan Moussavian, Esq. <br> 99 Wood Avenue South <br> Iselin, NJ 08830 <br> (732) 476-5900 <br> jnorth@greenbaumlaw.com <br> jlucey@greenbaumlaw.com <br> mmoussavian@greenbaumlaw.com | STEPTOE & JOHNSON LLP <br> Robert L. Shuftan, Esq. (*pro hac vice*) <br> 227 West Monroe Street <br> Suite 4700 <br> Chicago, IL 60606 <br> (312) 577-1300 <br> rshuftan@steptoe.com <br><br> Joo Cha Webb, Esq. (*pro hac vice*) <br> 633 West Fifth Street <br> Suite 1900 <br> Los Angeles, CA 90071 <br> (213) 439-9400 <br> jwebb@steptoe.com <br><br> Julie C. Michalski, Esq. (*pro hac vice* pending) <br> 227 West Monroe Street <br> Suite 4700 <br> Chicago, IL 60606 <br> (312) 577-1300 <br> jmichalski@steptoe.com |

*Attorneys for Defendant Arkema Inc.*