[D.I. 259]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GIORDANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS USA, LLC, et al., <br><br> Defendants. | No. 1:19-cv-21573-NLH-AMD <br><br> **ORDER GRANTING ADMISSION *PRO HAC VICE*** <br><br> Hon. Noel L. Hillman <br><br> Motion Day: February 6, 2023 |

This matter having come before the Court on the application of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), attorneys for Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc. ("Solvay") for the *pro hac vice* admission of David K. Kessler pursuant to L. Civ. R. 101.1; and the Court having considered the Certifications in support of the applications, which reflect that David K. Kessler satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and for good cause shown:

IT IS on this 13th day of January 2023, ORDERED that

1.   David K. Kessler is hereby granted admission *pro hac vice* to speak for and participate on behalf of Solvay in this matter in the same manner as attorneys authorized to practice law in this State; and

2.   David K. Kessler shall notify the court immediately of any matter affecting his standing at the bar of any court; and

3.	David K. Kessler shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a); and

4.	David K. Kessler shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payments of $150.00 to the Clerk of the Court for the District of New Jersey; and

5.	David K. Kessler shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended; and

6.	David K. Kessler shall have all pleadings, briefs and other papers submitted to the Court in this matter filed by Theodore V. Wells, Jr. or another attorney of Paul, Weiss, who is admitted to practice before this Court, as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(4).

s/ Ann Marie Donio
The Honorable Ann Marie Donio, U.S.M.J.