

JOHN D. NORTH, PARTNER
CHAIR, LITIGATION DEPARTMENT
99 Wood Avenue South
4th Floor
Iselin, NJ 08830
P: 732-476-2630
F: 732-476-2631
jnorth@greenbaumlaw.com

April 5, 2024

**VIA CM/ECF FILING**
The Honorable Ann Marie Donio
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**RE:** ***Briggs, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-09699-NLH-AMD
***Britton, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-09707-NLH-AMD
***Callis, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-15212-NLH-AMD
***Giordano, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:19-cv-21573-NLH-AMD
***Gouse, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-09711-NLH-AMD
***Lloyd v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-09705-NLH-AMD
***Lombardo, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:20-cv-15014-NLH-AMD
***Malinowski, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:22-cv-03214-NLH-AMD
***Philipp, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:21-cv-09714-NLH-AMD
***Powell, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,**
    1:22-cv-03218-NLH-AMD
***Severa, et. al v. Solvay Specialty Polymers USA, LLC et. al.*,**
    No. 1:20-cv-06906-NLH-AMD
***Borough of Nat'l Park v. Solvay Specialty Polymers USA, LLC, et al.*,**
    *No. 1:21-cv-09725-NLH-AMD*

Dear Judge Donio:



Honorable Ann Marie Donio  
April 5, 2024  
Page 2

 We represent Defendant Arkema Inc. ("Arkema") in the above-referenced matters. We write to respectfully request the withdrawal of Joo Cha Webb, Esq. and Derek Smith, Esq., as pro hac vice counsel for Arkema, in the above-referenced matters. Ms. Webb and Mr. Smith are no longer with the law firm of Steptoe and Johnson, LLP.

 Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ John D. North

cc: All Counsel of Record (via CM/ECF)

**So Ordered this \_\_\_ day of April 2024**

**By: _____**

**ANN MARIE DONIO, U.S.M.J.**



**CERTIFICATE OF SERVICE**

  I, John North, certify that on April 5, 2024, I electronically filed the foregoing letter using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

              /s/ John D. North